# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>CARLOS ANTHONY GARCIA(1),<br><br>                Defendant. | CASE NO. 12cr0088-IEG<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

<u> X </u> an indictment has been filed in case 12cr0378-IEG against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

<u> X </u> of the offense(s) as charged in the Information:

21:952 and 960

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 2/9/2012

                                                     Barbara L. Major
                                                   U.S. Magistrate Judge